*E-Filed
02/08/2010*

| | |
|---|---|
| SAMUEL G. LIVERSIDGE (SBN 180578)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.299.7000<br>Facsimile: 213.229.6420<br>E-mail: sliversidge@gibsondunn.com<br><br>KRISTOFOR T. HENNING (PAB 85047)<br>(*Pro Hac Vice application forthcoming*)<br>KATE A. STANLEY (PAB 204188)<br>(*Pro Hac Vice application forthcoming*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: khenning@morganlewis.com<br>E-mail: kstanley@morganlewis.com<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | SCOTT R. KAUFMAN (SBN 190129)<br>1400 Coleman Ave., Suite F-26<br>Santa Clara, CA 95050<br>Telephone: 408.727.8882<br>Facsimile: 408.727.8883<br>E-mail: lemonatty@gmail.com<br><br>BARBARA QUINN SMITH (OHB 0055328)<br>(*Pro Hac Vice to be filed*)<br>MADDOX HARGETT & CARUSO<br>9853 Johnnycake Ridge Road, Suite 302<br>Mentor, OH 44060<br>Telephone: 440-354-4010<br>Facsimile: 440-848-8175<br><br>THOMAS A. HARGETT (INB 11252-49)<br>(*Pro Hac Vice to be filed*)<br>THOMAS K. CARDWELL (INB 16001-49)<br>(*Pro Hac Vice to be filed*)<br>MADDOX HARGETT & CARUSO<br>10100 Lantern Road, Suit 150<br>Fishers, IN 46038<br>Telephone: 317.598.2040<br>Facsimile: 317-598-2050<br><br>Attorneys for Plaintiffs<br>DAVID BABA and<br>RAY RITZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID BABA and RAY RITZ,<br>individually and on behalf of all others<br>similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a<br>Delaware corporation,<br><br>          Defendant. | Case No. 09-05946-RS<br><br>[PROPOSED] ORDER EXTENDING<br>DEFENDANT HEWLETT-PACKARD<br>COMPANY'S TIME TO ANSWER, MOVE<br>OR OTHERWISE RESPOND TO<br>COMPLAINT<br><br>Before: Hon. Richard Seeborg |

PURSUANT TO THE TERMS OF THE STIPULATION filed by the parties on February 9, 2010, IT IS HEREBY ORDERED that Plaintiffs David Baba and Ray Ritz shall file an Amended Complaint on or before February 9, 2010 and that Defendant Hewlett-Packard Company will have until March 11, 2010 to answer, move or otherwise respond to the Amended Complaint.

Dated: February 9, 2010

_____
Richard Seeborg
United States District Judge