
RECEIVED
FEB 12 2010

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

\*E-Filed 02/16/2010\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Baba, et al. | CASE NO. C 09 5946 RS |
| Plaintiff, | **(Proposed)** |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** |
| Hewlett Packard Company | *PRO HAC VICE* |
| Defendant. | |

Barbara Quinn Smith, whose business address and telephone number is

9853 Johnnycake Ridge Rd. Suite 302
Mentor, Ohio 44060
440-354-4010

and who is an active member in good standing of the bar of Ohio having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 02/16/2010

Hon. Richard Seeborg
United States District Judge