

RECEIVED
FEB 12 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*E-Filed 02/16/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Baba, et al.<br><br>          Plaintiff,<br><br>     v.<br><br>Hewlett Packard Company<br><br>          Defendant.    / | CASE NO. C 09 5946 RS<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Barbara Quinn Smith                        , whose business address and telephone number is

9853 Johnnycake Ridge Rd. Suite 302
Mentor, Ohio  44060
440-354-4010

and who is an active member in good standing of the bar of  Ohio

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing   Plaintiffs.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   02/16/2010

_____
Hon. Richard Seeborg
United States  District     Judge