| | |
|---|---|
| SAMUEL LIVERSIDGE (SBN 180578)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.299.7000<br>Facsimile: 213.229.6420<br>E-mail: sliversidge@gibsondunn.com<br><br>KRISTOFOR T. HENNING (PAB 85047)<br>(*pro hac vice*)<br>KATE A. STANLEY (PAB 204188)<br>(*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: khenning@morganlewis.com<br>E-mail: kstanley@morganlewis.com<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | SCOTT R. KAUFMAN (SBN 190129)<br>1400 Coleman Ave., Suite F-26<br>Santa Clara, CA 95050<br>Telephone: 408.727.8882<br>Facsimile: 408.727.8883<br>E-mail: lemonatty@gmail.com<br><br>BARBARA QUINN SMITH (OHB 0055328)<br>(*pro hac vice*)<br>MADDOX HARGETT & CARUSO<br>9853 Johnnycake Ridge Road, Suite 302<br>Mentor, OH 44060<br>Telephone: 440-354-4010<br>Facsimile: 440-848-8175<br><br>T. JOHN KIRK (INB 27202-29)<br>(*Pro Hac Vice*)<br>THOMAS K. CARDWELL (INB 16001-49)<br>(*pro hac vice*)<br>MADDOX HARGETT & CARUSO<br>10100 Lantern Road, Suit 150<br>Fishers, IN 46038<br>Telephone: 317.598.2040<br>Facsimile: 317-598-2050<br><br>Attorneys for Plaintiffs<br>DAVID BABA and<br>RAY RITZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID BABA and RAY RITZ,<br>individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>           Defendant. | Case No. 09-05946-RS<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO DECEMBER 2, 2010<br><br>Before: Hon. Richard Seeborg |

Case No. 09-05946-RS – [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE                1

1  Upon consideration of the Parties' Joint Motion to Continue the Case Management
2  Conference to December 2, 2010, IT IS HEREBY ORDERED that the Case Management
3  Conference shall be continued from September 23, 2010 until December 2, 2010.

Dated: September 17, 2010

_____
Richard Seeborg
United States District Judge