*E-Filed 2/10/11*

| | |
|---|---|
| SAMUEL LIVERSIDGE (SBN 180578)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.299.7000<br>Facsimile: 213.229.6420<br>E-mail: sliversidge@gibsondunn.com<br><br>KRISTOFOR T. HENNING (PAB 85047)<br>(*pro hac vice*)<br>KATE A. STANLEY (PAB 204188)<br>(*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: khenning@morganlewis.com<br>E-mail: kstanley@morganlewis.com<br><br>Attorneys for Defendant<br>HEWLETT-PACKARD COMPANY | SCOTT R. KAUFMAN (SBN 190129)<br>1400 Coleman Ave., Suite F-26<br>Santa Clara, CA 95050<br>Telephone: 408.727.8882<br>Facsimile: 408.727.8883<br>E-mail: lemonatty@gmail.com<br><br>BARBARA QUINN SMITH (OHB 0055328)<br>(*pro hac vice*)<br>MADDOX HARGETT & CARUSO<br>9853 Johnnycake Ridge Road, Suite 302<br>Mentor, OH 44060<br>Telephone: 440-354-4010<br>Facsimile: 440-848-8175<br><br>T. JOHN KIRK (INB 27202-29)<br>(*Pro Hac Vice*)<br>THOMAS K. CARDWELL (INB 16001-49)<br>(*pro hac vice*)<br>MADDOX HARGETT & CARUSO<br>10100 Lantern Road, Suit 150<br>Fishers, IN 46038<br>Telephone: 317.598.2040<br>Facsimile: 317-598-2050<br><br>Attorneys for Plaintiffs<br>DAVID BABA and<br>RAY RITZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID BABA and RAY RITZ,<br>individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 09-05946-RS<br><br>[~~PROPOSED~~] ORDER SETTING TIME FOR DEFENDANT HEWLETT-PACKARD COMPANY TO ANSWER THE SECOND AMENDED COMPLAINT OR TO ANSWER, MOVE OR OTHERWISE RESPOND TO ANY THIRD AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE<br><br>Before: Hon. Richard Seeborg |

1    PURSUANT TO THE TERMS OF THE STIPULATION filed by the parties on February 9, 2011, IT IS HEREBY ORDERED that if Plaintiffs file a Third Amended Complaint on or before February 17, 2011, Defendant Hewlett-Packard Company ("HP") will have until April 4, 2011 to answer, move or otherwise respond to the Third Amended Complaint.  Named Plaintiffs shall have until May 19, 2011 to file a Response to any motion to dismiss HP may file directed to Plaintiff's Third Amended Complaint and HP shall have until June 9, 2011 to file a Reply in support of any such motion to dismiss.  If Plaintiffs do not file a Third Amended Complaint on or before February 17, 2011, HP shall have until March 21, 2011 to answer the Second Amended Complaint.

Dated: February  10 , 2011

_____
Richard Seeborg
United States District Judge