*E-Filed 2/18/11*

SAMUEL LIVERSIDGE (SBN 180578)
DAVID S. HAN (SBN 247789)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213.299.7000
Facsimile:  213.229.6420
E-mail:  sliversidge@gibsondunn.com
E-mail:  dhan@gibsondunn.com

KRISTOFOR T. HENNING (PAB 85047)
(*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: khenning@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID BABA and RAY RITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 09-05946-RS<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JUNE 23, 2011<br><br>Before:  Hon. Richard Seeborg |

1    Upon consideration of the Parties' Stipulation to Continue Case Management Conference
2    to June 23, 2011, IT IS HEREBY ORDERED that the Case Management Conference shall be
3    continued from February 24, 2011 until June 23, 2011.

4
5    Dated:  February __17__, 2011        _____
                                          Richard Seeborg
6                                         United States District Judge