UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID BABA, ET AL., <br><br> Plaintiff, <br> v. <br> HEWLETT PACKARD COMPANY, <br><br> Defendant. | Case No.: C 09-5946 RS (PSG) <br><br> **ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above-entitled action. The Clerk of the Court shall reassign this case to another magistrate judge for discovery purposes.

Dated: August 22, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER