Barbara Quinn Smith (Ohio Bar 0055328)
(*pro hac vice*)
**MADDOX HARGETT & CARUSO**
9933 Johnnycake Ridge Road
Suite 3F
Mentor, OH 44060
Telephone: 440-354-4010
Facsimile: 440-848-8175
bqsmith@mhclaw.com
(Additional Counsel listed below)

Attorneys for David Baba and Ray Ritz

| | |
|---|---|
| Samuel Liversidge, SBN 180578<br>SLiversidge@gibsondunn.com<br>David Han, SBN 247789<br>DHan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP 333<br>South Grand Avenue<br>Los Angeles, California 90071-3197 Telephone: 213.229.7000 Facsimile: 213.229.7520 | Kristofor T. Henning (*Pro Hac Vice*)<br>Franco A. Corrado (*Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>khenning@morganlewis.com<br>fcorrado@morganlewis.com<br>Attorneys for Defendant Hewlett-Packard Company |

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DAVID BABA and RAY RITZ, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>-vs-<br><br>HEWLETT PACKARD COMPANY,<br><br>DEFENDANT. | CASE NO:  C 09 5946-RS-HRL<br><br>**STIPULATION REGARDING ENLARGMENT OF TIME RELATED TO PLAINTIFFS' ANTICIPATED MOTION FOR CLASS CERTIFICATION** |

- 1 -
STIPULATION REGARDING ENLARGEMENT OF TIME RELATED TO PLAINTIFFS'
ANTICIPATED MOTION FOR CLASS CERTIFICATION - CASE NO:  C 09 5946-RS-HRL

Through this Stipulated Request and [Proposed] Order, Plaintiffs David Baba and Ray Ritz ("Plaintiffs") and Defendant Hewlett-Packard Company ("HP") stipulate and agree to continue the hearing on Plaintiffs' anticipated motion for class certification and to extend the schedule for the related briefing as set forth below, and jointly request that the Court approve this extension pursuant to L.R. 6-2.

WHEREAS, during the Case Management Conference held on August 11, 2011, the parties proposed a hearing date of May 10, 2012 for Plaintiffs' anticipated motion for class certification;

WHEREAS, at that conference, the Court further requested that the parties submit an agreed upon briefing schedule for Plaintiffs' anticipated motion for class certification;

WHEREAS, on August 18, 2011, the parties submitted the following stipulated briefing schedule for Plaintiffs' anticipated motion for class certification:

**Case Schedule**

| | |
|---|---|
| Deadline for filing of anticipated class certification motion | February 8, 2012 |
| HP's opposition to class certification due | March 22, 2012 |
| Plaintiffs' reply in support of class certification due | April 19, 2012 |

WHEREAS, since that time, the parties have engaged, and continue to engage, in formal discovery regarding Plaintiffs' claims and anticipated motion for class certification;

WHEREAS, two discovery disputes have been presented to the Court and remain pending;

WHEREAS, the parties negotiated in good faith over the form of a Stipulated Protective Order governing the production of sensitive confidential and highly confidential information in this matter;

1  WHEREAS, after the parties reached an impasse in those negotiations, Plaintiffs filed a Motion for Protective Order on August 5, 2011;

WHEREAS, HP filed its response to Plaintiffs' motion on August 19, 2011;

WHEREAS, an order resolving that motion has yet to issue;

WHEREAS, in the interim, HP has produced documents that may be subject to the protective order, and Plaintiffs have agreed that those documents will not be disclosed to anyone other than counsel;

WHEREAS, in order to conduct depositions prior to filing the anticipated motion for class certification, Plaintiffs anticipate the need to consult with an expert regarding the evidence produced thus far, and thus the need for that expert to review confidential documents;

WHEREAS, Plaintiffs are unable to do so until a ruling is received on the pending Motion for Protective Order;

WHEREAS, the parties also submitted a Joint Discovery Dispute on September 27, 2011 regarding the production of materials identifying potential putative class members that remains pending;

WHEREAS, Plaintiffs anticipate that this information may be necessary to enable them to obtain evidence relevant to their anticipated motion for class certification and, therefore, sought HP's agreement to extend the briefing schedule and hearing for Plaintiffs' anticipated motion for class certification;

WHEREAS, HP does not oppose Plaintiffs' request for an extension;

WHEREAS, the parties have neither agreed to nor sought a prior extension of time on the class certification briefing schedule or continuance of the hearing date;

ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to, and request the Court's approval of, the following extended class certification briefing schedule:

- 3 -
STIPULATION REGARDING ENLARGEMENT OF TIME RELATED TO PLAINTIFFS' ANTICIPATED MOTION FOR CLASS CERTIFICATION - CASE NO:  C 09 5946-RS-HRL

1 | **Case Schedule**

| | |
|---|---|
| Deadline for filing of anticipated class certification motion | April 6, 2012 |
| HP's opposition to class certification due | May 21, 2012 |
| Plaintiffs' reply in support of class certification due | June 18, 2012 |
| Hearing on anticipated motion for class certification | ~~To be determined by the Court~~ July 5, 2012 at 1:30 p.m. |

Dated:  January 11, 2012                                    Respectfully submitted,

/s/ _Barbara Quinn Smith_
Barbara Quinn Smith (Ohio Bar 0055328)

Thomas K. Caldwell (Indiana Bar 16001-49)
(*pro hac vice*)
T. John Kirk (Indiana Bar 27202-29)
(*Pro Hac Vice*)
**MADDOX HARGETT & CARUSO**
10100 Lantern Road
Suite 150
Fishers, IN 46038
Telephone: 317-598-2040
Facsimile: 317-598-2050

Scott R. Kaufman, SBN 190129
1400 Coleman Ave., Suite F-26
Santa Clara, CA  95050
Telephone: (408) 727-8882
Facsimile: (408) 727-8883
lemonatty@gmail.com


GIBSON, DUNN & CRUTCHER LLP
Samuel G. Liversidge David S. Han

MORGAN, LEWIS & BOCKIUS LLP
Kristofor T. Henning

By: /s/ Kristofor T. Henning
Kristofor T. Henning
Attorneys for Hewlett-Packard Co.

- 4 -
STIPULATION REGARDING ENLARGEMENT OF TIME RELATED TO PLAINTIFFS'
ANTICIPATED MOTION FOR CLASS CERTIFICATION - CASE NO:  C 09 5946-RS-HRL

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: 1/11/12

4  _____
   RICHARD SEEBORG

5  UNITED STATES DISTRICT JUDGE