Barbara Quinn Smith (Ohio Bar 0055328)
(*pro hac vice*)
**MADDOX HARGETT & CARUSO**
9933 Johnnycake Ridge Road
Suite 3F
Mentor, OH 44060
Telephone: 440-354-4010
Facsimile: 440-848-8175
bqsmith@mhclaw.com
(Additional Counsel listed below)

Attorneys for David Baba and Ray Ritz

Samuel Liversidge, SBN 180578
SLiversidge@gibsondunn.com
David Han, SBN 247789
DHan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP 333
South Grand Avenue
Los Angeles, California 90071-3197 Telephone: 213.229.7000 Facsimile: 213.229.7520

Kristofor T. Henning (*Pro Hac Vice*)
Franco A. Corrado (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
khenning@morganlewis.com
fcorrado@morganlewis.com

Attorneys for Defendant Hewlett-Packard Company

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| DAVID BABA and RAY RITZ, individually and on behalf of all others similarly situated, <br><br> PLAINTIFFS, <br><br> -vs- <br><br> HEWLETT PACKARD COMPANY, <br><br> DEFENDANT. | CASE NO: C 09 5946-RS-HRL <br><br> **SECOND STIPULATION REGARDING ENLARGEMENT OF TIME RELATED TO PLAINTIFFS' ANTICIPATED MOTION FOR CLASS CERTIFICATION** |

Through this Stipulated Request and [Proposed] Order, Plaintiffs David Baba and Ray Ritz ("Plaintiffs") and Defendant Hewlett-Packard Company ("HP") stipulate and agree to continue the hearing on Plaintiffs' anticipated motion for class certification and to extend the schedule for the related briefing as set forth below, and jointly request that the Court approve this extension pursuant to L.R. 6-2.

WHEREAS, during the Case Management Conference held on August 11, 2011, the parties proposed a hearing date of May 10, 2012 for Plaintiffs' anticipated motion for class certification;

WHEREAS, at that conference, the Court further requested that the parties submit an agreed upon briefing schedule for Plaintiffs' anticipated motion for class certification;

WHEREAS, on August 18, 2011, the parties submitted the following stipulated briefing schedule for Plaintiffs' anticipated motion for class certification:

**Case Schedule**

| | |
|---|---|
| Deadline for filing of anticipated class certification motion | February 8, 2012 |
| HP's opposition to class certification due | March 22, 2012 |
| Plaintiffs' reply in support of class certification due | April 19, 2012 |

WHEREAS, since that time, the parties have engaged, and continue to engage, in formal discovery regarding Plaintiffs' claims and anticipated motion for class certification;

WHEREAS, the parties previously sought, and were granted a 60 day extension of the original schedule to allow them time to resolve discovery disputes.

WHEREAS, on March 13, 2012, Defendants noticed Named Plaintiffs for deposition;

WHEREAS, Defendant desires to examine each Named Plaintiff's computer before conducting the depositions;

- 2 -
SECOND STIPULATION REGARDING ENLARGEMENT OF TIME RELATED TO PLAINTIFFS'
ANTICIPATED MOTION FOR CLASS CERTIFICATION - CASE NO: C 09 5946-RS-HRL

1    WHEREAS, Plaintiffs' and Plaintiff's counsel's schedules do not allow for all of those events to take place prior to April 6, 2012;

WHEREAS, Plaintiffs desire to have the depositions completed prior to moving for class certification;

WHEREAS, HP does not oppose Plaintiffs' request for an extension, provided that Plaintiffs agree not to serve additional discovery prior to moving for class certification and Plaintiffs have agreed not to serve additional discovery prior to moving for class certification;

ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to, and request the Court's approval of, the following extended class certification briefing schedule:

**Case Schedule**

| | |
|---|---|
| Deadline for filing of anticipated class certification motion | May 4, 2012 |
| HP's opposition to class certification due | June 22, 2012 |
| Plaintiffs' reply in support of class certification due | July 20, 2012 |
| Hearing on anticipated motion for class certification | ~~To be determined by the Court~~ August 2, 2012 |

Dated: March 23, 2012                    Respectfully submitted,

/s/ Barbara Quinn Smith
Barbara Quinn Smith (Ohio Bar 0055328)

Thomas K.Caldwell (Indiana Bar 16001-49)
(*pro hac vice*)
T. John Kirk (Indiana Bar 27202-29)
(*Pro Hac Vice*)
**MADDOX HARGETT & CARUSO**
10100 Lantern Road
Suite 150
Fishers, IN 46038
Telephone: 317-598-2040
Facsimile: 317-598-2050

- 3 -
SECOND STIPULATION REGARDING ENLARGEMENT OF TIME RELATED TO PLAINTIFFS'
ANTICIPATED MOTION FOR CLASS CERTIFICATION - CASE NO: C 09 5946-RS-HRL

Scott R. Kaufman, SBN 190129
1400 Coleman Ave., Suite F-26
Santa Clara, CA 95050
Telephone: (408) 727-8882
Facsimile: (408) 727-8883
lemonatty@gmail.com

Attorneys for Plaintiffs


GIBSON, DUNN & CRUTCHER LLP
Samuel G. Liversidge David S. Han

MORGAN, LEWIS & BOCKIUS LLP
Kristofor T. Henning

By: /s/ Kristofor T. Henning
Kristofor T. Henning
Attorneys for Hewlett-Packard Co.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/26/12                                    _____
                                                  RICHARD SEEBORG
                                                  UNITED STATES DISTRICT JUDGE

- 4 -

SECOND STIPULATION REGARDING ENLARGEMENT OF TIME RELATED TO PLAINTIFFS'
ANTICIPATED MOTION FOR CLASS CERTIFICATION - CASE NO: C 09 5946-RS-HRL