Barbara Quinn Smith (Ohio Bar 0055328)
(*Pro Hac Vice*)
**MADDOX HARGETT & CARUSO, P.C.**
9930 Johnnycake Ridge Road
Suite 3F
Mentor, OH 44060
Telephone: 440-354-4010
Facsimile: 440-848-8175
bqsmith@mhclaw.com
(Additional Counsel listed below)

Attorneys for David Baba and Ray Ritz

Samuel Liversidge, SBN 180578
SLiversidge@gibsondunn.com
David Han, SBN 247789
DHan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP 333
South Grand Avenue
Los Angeles, CA 90071-3197 Telephone:
213.229.7000 Facsimile: 213.229.7520

Kristofor T. Henning (*Pro Hac Vice*)
Franco A. Corrado (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
khenning@morganlewis.com
fcorrado@morganlewis.com
Attorneys for Defendant Hewlett-Packard Company

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| DAVID BABA and RAY RITZ, individually and on behalf of all others similarly situated, <br><br>   PLAINTIFFS, <br><br> -vs- <br><br> HEWLETT PACKARD COMPANY, <br><br>   DEFENDANT. | CASE NO:  C 09 5946-RS-HRL <br><br> **THIRD STIPULATION REGARDING ENLARGMENT OF TIME RELATED TO PLAINTIFFS' ANTICIPATED MOTION FOR CLASS CERTIFICATION** <br>   MODIFIED BY THE COURT |

- 1 -
THIRD STIPULATION REGARDING ENLARGEMENT OF TIME RELATED TO PLAINTIFFS'
ANTICIPATED MOTION FOR CLASS CERTIFICATION - CASE NO:  C 09 5946-RS-HRL

Through this Stipulated Request and [Proposed] Order, Plaintiffs David Baba and Ray Ritz ("Plaintiffs") and Defendant Hewlett-Packard Company ("HP") stipulate and agree to continue the hearing on Plaintiffs' anticipated motion for class certification and to extend the schedule for the related briefing by 45 days, and jointly request that the Court approve this extension pursuant to L.R. 6-2.

WHEREAS, during the Case Management Conference held on August 11, 2011, the Parties proposed a hearing date of May 10, 2012 for Plaintiffs' anticipated motion for class certification;

WHEREAS, at that conference, the Court further requested that the parties submit an agreed upon briefing schedule for Plaintiffs' anticipated motion for class certification;

WHEREAS, on August 18, 2011, the Parties submitted the following stipulated briefing schedule for Plaintiffs' anticipated motion for class certification:

| Deadline for filing of anticipated class certification motion | February 8, 2012 |
|---|---|
| HP's opposition to class certification due | March 22, 2012 |
| Plaintiffs' reply in support of class certification due | April 19, 2012 |

WHEREAS, the Parties previously sought, and were granted a 60 day extension of the original schedule to allow them time to resolve discovery disputes and the following schedule was entered:

| Deadline for filing of anticipated class certification motion | April 6, 2012 |
|---|---|
| HP's opposition to class certification due | May 21, 2012 |
| Plaintiffs' reply in support of class certification due | June 18, 2012 |

- 2 -
THIRD STIPULATION REGARDING ENLARGEMENT OF TIME RELATED TO PLAINTIFFS'
ANTICIPATED MOTION FOR CLASS CERTIFICATION - CASE NO: C 09 5946-RS-HRL

1  WHEREAS, the Parties previously sought, and were granted another extension in order for Defendant to examine each of Named Plaintiffs' computers and conduct their depositions before Plaintiffs Motion for Class Certification was filed;

| Deadline for filing of anticipated class certification motion | May 4, 2012 |
|---|---|
| HP's opposition to class certification due | June 22, 2012 |
| Plaintiffs' reply in support of class certification due | July 20, 2012 |

WHEREAS, Plaintiff filed a Motion to Amend the Complaint on April 11, 2012, which seeks to substitute Tina Baba for her husband, David Baba, as Named Plaintiff and add Jon Taylor, an Ohio resident, as an additional Named Plaintiff. Plaintiffs' also seek to reassert violations of California's Unfair Competition Law.

WHEREAS, Plaintiffs anticipate Defendant will file a Motion to Dismiss the Amended Complaint if Plaintiffs' Motion to Amend the Complaint is granted.

WHEREAS, this proposed extension will allow the Court to rule on Plaintiffs' Motion to Amend the Complaint and rule on Defendant's anticipated Motion to Dismiss.

WHEREAS, HP does not oppose Plaintiffs' request for an extension, provided that Plaintiffs agree not to serve additional discovery prior to moving for class certification and Plaintiffs have agreed not to serve additional discovery prior to moving for class certification;

ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the Parties hereby stipulate to, and request the Court's approval of, a 45 day extension of the class certification briefing schedule:

| Deadline for filing of anticipated class certification motion | June 18, 2012 |
|---|---|
| HP's opposition to class certification due | August 6, 2012 |
| Plaintiffs' reply in support of class certification due | September 3, 2012 |
| Hearing on anticipated motion for class certification | ~~To be determined by the Court~~ September 20, 2012 |

- 3 -
THIRD STIPULATION REGARDING ENLARGEMENT OF TIME RELATED TO PLAINTIFFS' ANTICIPATED MOTION FOR CLASS CERTIFICATION - CASE NO: C 09 5946-RS-HRL

| | | |
|---|---|---|
| 1 | Dated:  April 26, 2012 | Respectfully submitted, |
| 2 | | /s/ Barbara Quinn Smith |
| 3 | | Barbara Quinn Smith (Ohio Bar 0055328) |
| 4 | | Thomas K. Caldwell (Indiana Bar 16001-49) |

Dated:  April 26, 2012                    Respectfully submitted,

/s/ Barbara Quinn Smith
Barbara Quinn Smith (Ohio Bar 0055328)

Thomas K. Caldwell (Indiana Bar 16001-49)
(*Pro Hac Vice*)
T. John Kirk (Indiana Bar 27202-29)
(*Pro Hac Vice*)
**MADDOX HARGETT & CARUSO, P.C.**
10100 Lantern Road
Suite 150
Fishers, IN 46037
Telephone: 317-598-2040
Facsimile: 317-598-2050
tkcaldwell@mhclaw.com
kirktjohn@mhclaw.com


Scott R. Kaufman, SBN 190129
1400 Coleman Ave., Suite F-26
Santa Clara, CA  95050
Telephone: (408) 727-8882
Facsimile: (408) 727-8883
lemonatty@gmail.com

Attorneys for Plaintiffs


GIBSON, DUNN & CRUTCHER LLP
Samuel G. Liversidge & David S. Han

MORGAN, LEWIS & BOCKIUS LLP
Kristofor T. Henning

By: /s/ Kristofor T. Henning
Kristofor T. Henning

Attorneys for Hewlett-Packard Co.

- 4 -
THIRD STIPULATION REGARDING ENLARGEMENT OF TIME RELATED TO PLAINTIFFS'
ANTICIPATED MOTION FOR CLASS CERTIFICATION - CASE NO:  C 09 5946-RS-HRL

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: 4/26/12

4  _____
   RICHARD SEEBORG

5  UNITED STATES DISTRICT JUDGE