IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA BABA, RAY RITZ, and JON TAYLOR, individually and behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>HEWLETT PACKARD COMPANY,<br><br>Defendant. | No. C 09-5946 RS<br><br>**ORDER SCHEDULING BRIEFING AND CONTINUING HEARING** |

Plaintiffs' motion for class certification is now fully briefed and scheduled to be heard on October 4, 2012. Briefing of defendant's motion for summary judgment has now commenced, and that motion is set to be heard on the same date. Because plaintiffs' reply brief to the motion for class certification and opposition to defendants' motion for summary judgment are due in quick succession, they request additional time to complete the latter. They propose a three week extension to file the opposition and reply briefs, and a corresponding continuance of the hearing on the two motions. Defendant does not oppose a brief extension of time for briefing, but opposes a continuance of the hearing. In consideration of the Court's own busy calendar, the issue will be resolved in the following manner: <u>plaintiffs' opposition to the motion for summary judgment shall be due September 20, 2012, defendant's reply brief due on October 4, 2012, and the hearing shall be continued to October 11, 2012 (same hour and location).</u>

IT IS SO ORDERED.

No. C 09-5946 RS
ORDER

Dated: September 6, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE